FILED
June 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06CR00434-FCD-1
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JOSEPH JOHN GEORGE SCANIO, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSEPH JOHN GEORGE SCANIO , Case No.  2:06CR00434-FCD-1 , Charge  18USC § 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

__   Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

✔   (Other)        Conditions as stated on the record.

Issued at  Sacramento, CA  on  June 3, 2011  at  2:00 pm.

By   /s/ Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court