UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                                      RE:    Joseph John George SCANIO
                                                  Docket Number:   2:06CR00434-01
                                                  <u>**INITIAL APPEARANCE CONTINUANCE**</u>

Your Honor:

On May 26, 2011, the above named offender was arrested on a warrant issued in this case regarding supervised release violations. He was arraigned before the Magistrate and released on June 3, 2011, after a preliminary hearing. Initial appearance was ordered before District Court on June 20, 2011. Due to the confiscation of computers and the investigation surrounding the contents, as well as possible other violations of supervised release being considered, we are asking the initial appearance set for June 20, 2011, be moved to August 1, 2011, at 10 a.m., as it is anticipated a superceding petition will be filed. All parties have been contacted and agree with the continuance.

                                            Respectfully submitted,

                                            /s/ Shari R. Simon

                                            **SHARI R. SIMON**
                                            **United States Probation Officer**

Dated:       June 15, 2011
               Roseville, California
               SRS:cd

**REVIEWED BY:**    <u>/s/ Kyriacos M. Simonidis</u>
                               **KYRIACOS M. SIMONIDIS**
                               **Supervising United States Probation Officer**

RE:   **Joseph John George SCANIO**
      **Docket Number:   2:06CR00434-01**
      **INITIAL APPEARANCE CONTINUANCE**

---

**ORDER**

(X)   APPROVED

( )   OTHER:

_____          June 16, 2011
**FRANK C. DAMRELL, JR.**                  DATE
United States District Judge


cc:   Michelle Rodriguez, Assistant United States Attorney
      Timothy L. Zindel, Assistant Federal Defender