1 DANIEL J. BRODERICK, #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
JOSEPH SCANIO
7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. 2:06-CR-00434 FCD
                                  )
14              Plaintiff,        )
                                  )  **ORDER SEALING DOCUMENTS**
15       v.                       )
                                  )
16 JOSEPH SCANIO,                 )
                                  )
17              Defendant.        )  Judge: Hon. Frank C. Damrell
                                  )
18 _____)

19

20     IT IS HEREBY ORDERED that defendant's request to seal his

21 declaration dated September 8, 2011, is hereby GRANTED.

22     IT IS SO ORDERED.

23

24 Dated: September 8, 2011    _____
                                HON. FRANK C. DAMRELL, JR.
25                              United States District Judge

26

27

28