1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JOSEPH SCANIO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:06-CR-00434 MCE
                                )
14           Plaintiff,          )
                                ) **ORDER SEALING DOCUMENTS**
15     v.                       )
                                )
16 JOSEPH SCANIO,               )
                                )
17           Defendant.         ) Judge: Hon. Morrison C. England
                                )
18 _____)

19

20     IT IS HEREBY ORDERED that defendant's request to seal exhibits filed

21 December 6, 2011, is hereby GRANTED.

22     IT IS SO ORDERED.

23
    Dated: December 8, 2011
24
                                    _____
25
                                    MORRISON C. ENGLAND, JR.
26                                  UNITED STATES DISTRICT JUDGE

27

28