HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NORMAN LEE ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORMAN LEE ARMSTRONG<br>　(aka Joseph Scanio)<br><br>　　　　Defendant. | Case No. 2:06-CR-0434 MCE<br><br>**ORDER RE CORRECTION OF<br>DEFENDANT'S NAME ON RECORD**<br><br>Judge:  Hon. Morrison C. England, Jr. |

Norman Lee Armstrong, originally convicted under the name Joseph John George Scanio, has moved the Court without opposition for an order correcting the record pursuant to Federal Rule of Criminal Procedure 36 to show his true name as the name of conviction.  The Court hereby GRANTS his motion.

/ / / / /

/ / / / /

/ / / / /

-1-

The Clerk is directed to correct the record of the above case to record the defendant's name as Norman Lee Armstrong.  An amended judgment shall issue with defendant's name shown as:  Norman Lee Armstrong, a.k.a. Joseph John George Scanio.

The existing judgment and conditions of supervised release are not otherwise affected – the change intended by this Order is clerical only.  *See* Fed. R. Crim. P. 36.

IT IS SO ORDERED.

Dated:  March 3, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT